BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
NANCY H. TUNG
Deputy Attorney General
State Bar No. 203236
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5851
  Fax: (415) 703-1234
  Email: nancy.tung@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALBERT BELL,**<br><br>                       Petitioner,<br><br>v.<br><br>**M. EVANS, et al.,**<br><br>                       Respondent. | CIV S-05-0809 MCE GGH P<br><br>**[HABEAS CORPUS;<br>28 U.S.C. § 2254]**<br><br>**ORDER** |

GOOD CAUSE APPEARING, the time for filing a response to the petition for writ of habeas corpus is extended to and including July 16, 2005.

DATED: 6/24/05

/s/ Gregory G. Hollows
_____
Gregory G. Hollows
United States Magistrate Judge

bell0809.eot06

Order - *Collins v. Runnels*

1