IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT BELL,

    Petitioner,        No. CIV S-05-0809 MCE GGH P

    vs.

M. EVANS, et al.,

    Respondents.        <u>ORDER</u>

_____/

        On June 24, 2005, and August 10, 2005, petitioner filed pleadings requesting that the court grant his petition for writ of habeas corpus on grounds that respondent's response to the petition, filed July 18, 2005, was untimely. On June 24, 2005, the court granted respondent's request for extension of time and ordered the response due July 16, 2005. Because July 16, 2005, fell on a Saturday, the response filed Monday July 18, 2005, was timely. Fed. R. Civ. P. 6(a).

        On August 15, 2005, petitioner filed a motion for extension of time to file a reply to respondent's response. Good cause appearing, this motion is granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's June 24, 2005, and August 10, 2005, motions requesting that the court grant his petition are denied;

/////

2. Petitioner's August 15, 2005, motion for extension of time is granted; petitioner's reply to respondent's response is due thirty days from the date of this order.

DATED: 8/22/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
b809.eot